**Papetti Samuels Weiss McKirgan LLP**
Scottsdale Quarter
15169 North Scottsdale Road
Suite 205
Scottsdale, AZ 85254

**Jared Sutton** (State Bar No. 028887)
Direct Dial: 480.800.3527
Email: jsutton@PSWMlaw.com

**Jennifer Lee-Cota** (State Bar No. 033190)
Direct Dial: 480.800.3528
Email: jleecota@PSWMlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Caballero,<br><br>    Plaintiff,<br><br>    v.<br><br>Economy Preferred Insurance Company, an Illinois corporation; Farmers Group Property and Casualty Insurance Company f/k/a Metropolitan Group Property and Casualty Insurance Company, a Rhode Island corporation,<br><br>    Defendants. | Case No. 2:22-cv-02023-PHX-MTL<br><br>**ECONOMY PREFERRED INSURANCE COMPANY'S ANSWER** |

Defendant Economy Preferred Insurance Company ("Economy") answers Plaintiff's First Amended Complaint ("FAC") (Doc. 1-3 at ECF 4-36), as follows:[1]

1.   Economy denies the implication in this paragraph that Plaintiff was named as an insured under an Economy insurance policy. Economy lacks sufficient information to admit or deny whether Plaintiff falls within the definition of an insured under any Economy policy that was in force during the relevant period.

2.   Admit.

3.   Admit.

4.   Admit.

---

[1] The paragraph numbers below correspond to the paragraph numbers in the FAC.

3. This paragraph does not make factual allegations for which a response is required. To the extent it does, they are denied.[2]

4. This paragraph does not make factual allegations for which a response is required. To the extent it does, they are denied.

5. This paragraph does not make factual allegations for which a response is required. To the extent it does, they are denied.

6. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

7. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

8. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

9. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

10. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

11. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

12. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

13. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

14. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

15. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

---

[2] The paragraph numbering in the FAC reverted to No. 3 for this paragraph. Economy's answer follows suit to maintain consistency.

16. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

17. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

18. Economy admits: (1) Jose Romero and Bonnita Dominguez were issued an Economy insurance policy, No. 6222106621, that was effective from November 30, 2019, to November 30, 2020 (the "Economy Policy"); (2) the Economy Policy covered the four motorcycles identified in this paragraph; and (3) the Economy Policy provided Uninsured Motorist ("UM") and Underinsured Motorist ("UIM") coverage with $15,000 per person and $30,000 per collision limits. Economy denies that the Economy Policy provided UM/UIM coverage "on each of the vehicles."

19. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

20. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

21. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

22. Economy admits Romero and Dominguez paid Economy a premium for UM/UIM coverage, but deny the premium entitled the insureds under the Policy to separate UM/UIM coverage for each vehicle insured by the Policy.

23. Economy admits Romero and Dominguez paid Economy a premium for UM/UIM coverage, but deny the premium entitled the insureds under the Policy to separate UM/UIM coverage for each vehicle insured by the Policy.

24. Economy admits Romero and Dominguez paid Economy a premium for UM/UIM coverage, but deny the premium entitled the insureds under the Policy to separate UM/UIM coverage for each vehicle insured by the Policy.

25. Economy admits Romero and Dominguez paid Economy a premium for UM/UIM coverage, but deny the premium entitled the insureds under the Policy to

separate UM/UIM coverage for each vehicle insured by the Policy.

26. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

27. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

28. Economy admits Plaintiff submitted a claim against the Economy Policy for UIM benefits in or about November 2020. The remainder of the paragraph states legal conclusions to which a response is not required. To the extent it makes factual allegations, they are denied.

29. Economy admits that, in response to Plaintiff's claim against the Economy Policy, it paid the per person UIM limits of $15,000. Economy denies the implication in this paragraph that additional UIM coverage was available under other vehicles insured by the Economy Policy.

30. Economy admits it did not make any additional payments to Plaintiff under the Economy Policy. Economy denies the implication in this paragraph that additional coverage was available to Plaintiff arising out of his claim.

31. Economy admits no additional UIM coverage is available to Plaintiff under the Economy Policy, but denies that it "disclaimed" such coverage to Plaintiff or that it did so on the basis that "Stacked Underinsured Motorist Coverage" was not available.

32. Economy admits this paragraph accurately quotes a portion of the "Limit of Liability" language in the Arizona Underinsured Motorist Coverage in Endorsement AE41AZ 0513 to the Economy Policy. Economy denies that this paragraph quotes the entire Limit of Liability provision or otherwise sets forth the parties' full rights and obligations under the Economy Policy with respect to limitations on liability.

33. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

34. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

4

35. Economy admits it did not provide separate written notice to Plaintiff regarding his ability to select coverages within 30 days of his claim. Economy affirmatively alleges, however, that it complied with its obligations under A.R.S. § 20-259.01(H).

36. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

37. Deny.

38. Deny.

39. Deny.

40. Deny.

41. Deny.

42. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

43. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

44. Economy admits that the allegations in this paragraph represent Plaintiff's contentions, but denies that the contentions are accurate.

45. Economy admits that its position is that Plaintiff is not entitled to any additional UIM coverage under the Economy Policy. Economy denies the remaining allegations in this paragraph.

46. Admit.

47. Deny.

48. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

49. Deny.

50. Deny.

51. Deny.

52. This paragraph states legal conclusions to which a response is not required.

5

Papetti Samuels Weiss McKirgan LLP
Scottsdale Quarter
15169 North Scottsdale Road, Suite 205
Scottsdale, AZ 85254

PSWM

1   To the extent this paragraph makes factual allegations, they are denied.

2        53.     Deny.

3        54.     Deny.

4        55.     Deny.

5        56.     Deny.

6        57.     Deny.

7        58.     Deny.

8        59.     Deny.

9        60.     Deny.

10       61.     Deny.

11       62.     Deny.

12       63.     Deny.

13       64.     Deny.

14       65.     Economy admits: (1) Jose Romero and Bonnita Dominguez were issued an Economy insurance policy, No. 6222106620, that was effective from November 30, 2019, to November 30, 2020 (the "Farmers Policy"); (2) the Farmers Policy covered the four three vehicles identified in this paragraph; and (3) the Farmers Policy provided Uninsured Motorist ("UM") and Underinsured Motorist ("UIM") coverage with $15,000 per person and $30,000 per collision limits. Economy denies that the Farmers Policy provided UM/UIM coverage "on each of the vehicles."

21       66.     Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

23       67.     Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

25       68.     Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

27       69.     Economy admits Romero and Dominguez paid Farmers a premium for UM/UIM coverage, but deny the premium entitled the insureds under the Policy to

1  separate UM/UIM coverage for each vehicle insured by the Policy.

2    70. Economy admits Romero and Dominguez paid Farmers a premium for UM/UIM coverage, but deny the premium entitled the insureds under the Policy to separate UM/UIM coverage for each vehicle insured by the Policy.

  71. Economy admits Romero and Dominguez paid Farmers a premium for UM/UIM coverage, but deny the premium entitled the insureds under the Policy to separate UM/UIM coverage for each vehicle insured by the Policy.

  72. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

  73. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

  74. Economy admits Plaintiff submitted a claim against the Economy Policy for UIM benefits in or about November 2020.  The remainder of the paragraph states legal conclusions to which a response is not required.  To the extent it makes factual allegations, they are denied.

  75. Deny.

  76. Deny.

  77. Deny.

  78. Admit.

  79. Economy admits Plaintiff is not entitled to Underinsured Motorist Coverage under the Farmers policy.

  80. Economy admits Plaintiff is not entitled to Stacked Underinsured Motorist Coverage under the Farmers policy.

  81. Economy admits this paragraph accurately quotes a portion of the "Limit of Liability" language in the Arizona Underinsured Motorist Coverage in Endorsement AE41AZ 0513 to the Farmers Policy.  Economy denies that this paragraph quotes the entire Limit of Liability provision or otherwise sets forth the parties' full rights and obligations under the Farmers Policy with respect to limitations on liability.

82. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

83. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

84. Economy admits Farmers did not provide separate written notice to Plaintiff regarding his ability to select coverages within 30 days of his claim. Economy affirmatively alleges, however, that Economy complied with its obligations under A.R.S. § 20-259.01(H).

85. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

86. Deny.

87. Deny.

88. Economy admits Farmers has not paid Plaintiff Underinsured Motorist benefits under the Farmers policy, but denies that it has any legal obligation to do so.

89. Deny.

90. Deny.

91. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

92. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

93. Economy admits that the allegations in this paragraph represent Plaintiff's contentions, but denies that the contentions are accurate.

94. Economy admits that its position is that Plaintiff is not entitled to any UIM coverage under the Farmers Policy. Economy denies the remaining allegations in this paragraph.

95. Admit.

96. Deny.

97. Economy lacks sufficient information to admit or deny the allegations in

this paragraph and therefore denies them.

98. Deny.

99. Deny.

100. Deny.

101. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

102. Deny.

103. Deny.

104. Deny.

105. Deny.

106. Deny.

107. Deny.

108. Deny.

109. Deny.

110. Deny.

111. Deny.

112. Deny.

113. Deny.

114. Economy does not contest jurisdiction or venue in this Court.

115. Economy does not contest jurisdiction or venue in this Court.

116. Economy does not contest jurisdiction or venue in this Court.

117. Economy does not contest jurisdiction or venue in this Court.

118. Economy does not contest jurisdiction or venue in this Court.

119. This paragraph does not make factual allegations to which a response is required. To the extent this paragraph makes factual allegations, they are denied.

120. This paragraph does not make factual allegations to which a response is required. To the extent this paragraph makes factual allegations, they are denied.

121. This paragraph does not make factual allegations to which a response is

9

1  required. To the extent this paragraph makes factual allegations, they are denied.
2  Economy affirmatively alleges that the proposed class definition in this paragraph does
3  not state a valid class under Federal Rule 23 and is not subject to certification.

4      122.   This paragraph does not make factual allegations to which a response is
5  required. To the extent this paragraph makes factual allegations, they are denied.
6  Economy affirmatively alleges that the proposed class definition in this paragraph does
7  not state a valid class under Federal Rule 23 and is not subject to certification.

8      123.   This paragraph does not make factual allegations to which a response is
9  required. To the extent this paragraph makes factual allegations, they are denied.
10 Economy affirmatively alleges that the proposed class definition in this paragraph does
11 not state a valid class under Federal Rule 23 and is not subject to certification.

12     124.   This paragraph does not make factual allegations to which a response is
13 required. To the extent this paragraph makes factual allegations, they are denied.
14 Economy affirmatively alleges that the proposed class definition in this paragraph does
15 not state a valid class under Federal Rule 23 and is not subject to certification.

16     125.   This paragraph states legal conclusions to which a response is not required.
17 To the extent this paragraph makes factual allegations, they are denied.

18     126.   This paragraph states legal conclusions to which a response is not required.
19 To the extent this paragraph makes factual allegations, they are denied.

20     127.   This paragraph states legal conclusions to which a response is not required.
21 To the extent this paragraph makes factual allegations, they are denied.

22     128.   Deny.
23     129.   Deny.
24     130.   Deny.
25     131.   Deny.
26     132.   This paragraph states legal conclusions to which a response is not required.
27 To the extent this paragraph makes factual allegations, they are denied.
28     133.   Deny.

Papetti Samuels Weiss McKirgan LLP
Scottsdale Quarter
15169 North Scottsdale Road, Suite 205
Scottsdale, AZ 85254

PSWM

134. Deny.

135. Deny.

136. Deny.

137. Deny.

138. Deny.

139. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

140. Deny.

141. Deny.

142. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

143. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

144. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

145. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

146. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

147. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

148. Economy lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

149. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

150. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

151. Deny.

152. Deny.

153. Deny.

154. Deny.

155. Deny.

156. Deny.

157. Economy admits this paragraph states Plaintiff's requests, but denies that the requested certification is proper.

158. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

159. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

160. Deny.

161. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

162. Farmers lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

163. Deny.

164. This paragraph states legal conclusions to which a response is not required. To the extent this paragraph makes factual allegations, they are denied.

165. Deny.

166. Deny.

167. Deny.

168. Economy admits this paragraph states Plaintiff's requests, but denies that the requested certification is proper.

## **AFFIRMATIVE DEFENSES**

In addition, without assuming the burden of proof on any matters that would otherwise rest with Plaintiff and/or the proposed class, and expressly denying any and all wrongdoing, Economy asserts the following defenses:

1. <u>Failure to State a Claim</u>. The FAC does not specifically enumerate the causes of action for which it is seeking relief. Notwithstanding the failure to clearly and expressly identify the causes of action, the FAC fails to allege facts sufficient to state a claim against Economy on which relief can be granted.

2. <u>Waiver</u>. Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

3. <u>Estoppel</u>. Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

4. <u>Unjust Enrichment</u>. If Plaintiff is granted the relief sought in the FAC, he would reap a windfall and be unjustly enriched.

5. <u>Failure to Mitigate Damages</u>. Plaintiff and one or more of the putative class members failed to mitigate his, her, or its damages.

6. <u>Comparative Fault</u>. Plaintiff's alleged damages, as well as the alleged damages of the putative class members, were the results of acts or omissions of Plaintiff, the putative class members, and/or non-parties.

7. <u>Release</u>. One or more of the putative class members' claims has been released.

8. <u>Accord and Satisfaction</u>. Economy has reached an accord and satisfaction with one or more of the putative class members.

9. <u>Statute of Limitations</u>. One or more of the putative class members' claims is barred by the applicable statute of limitations.

10. <u>Rule 23</u>. The above-captioned action may not be maintained as a class action because Economy cannot satisfy the requirements of Federal Rule of Civil Procedure 23, including the requirements relating to numerosity, commonality, typicality, and adequacy of representation.

11. <u>Improper Classes</u>. The two proposed classes are overbroad, impractical, unworkable, and unmanageable.

12. <u>Non-parties</u>. Individualized allocation of fault to non-parties, including attorneys who represented members of the class in resolving claims with Economy,

makes class certification unworkable, unmanageable, and inappropriate.

13. <u>General Denial</u>. Economy denies each and every allegation in the FAC not specifically admitted herein.

**PRAYER FOR RELIEF**

THEREFORE, Economy seeks judgment in its favor and against Plaintiff as follows:

1. Dismissal of Plaintiff's complaint and all causes of action, with prejudice and with Plaintiff taking nothing;

2. Dismissal of the putative classes, with prejudice;

3. An award of attorneys' fees and costs pursuant to A.R.S. §§ 12-341, 12-341.01; and

Any further relief the Court deems just and reasonable.

DATED this 5th day of December, 2022.

PAPETTI SAMUELS WEISS MCKIRGAN LLP

/s/Jared Sutton
Jared Sutton
Jennifer Lee-Cota

*Attorneys for Defendants*

14

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following individuals registered to this matter:

Brett L. Slavicek
Justin Henry
The Slavicek Law Firm
5500 N. 24th St.
Phoenix, AZ 85016
brett@slaviceklaw.com
justin@slaviceklaw.com
*Attorneys for Plaintiff*

/s/Joye Allen